

January 7, 2016

Antonio E. Caruso

Jeffrey A. Dove

F. Paul Vellano, Jr.

Mitchell J. Katz

Kevin M. Newman

Addison F. Vars III

Thomas J. Fucillo

Joseph W. Russell

Julian B. Modesti

Josephine Yang-Patyi

John P. Sidd

Teresa M. Bennett

Michael J. Balestra

Jeffrey D. Eaton

Anna Wilson Richards

Nicole K. Intschert

Of Counsel:

Peter L. Hubbard

**Via ECF**
Hon. David E. Peebles
U.S. Magistrate Judge
United States District Court
Northern District of New York Federal Building and U.S. Courthouse
100 South Clinton Street
Syracuse, NY 13261-7345

Re:   Rensselaer Polytechnic Institute, et al. v. Apple Inc.
      1:13-cv-00633-DNH-DEP; Motion Docket #195-197, 203

Dear Magistrate Judge Peebles:

My firm is local counsel to Apple, Inc. I write with respect to the Court's Text Order (Dkt. 270), which requires the parties to file a letter with the Court regarding the redacted version of the Court's decision, no later than January 8, 2016.

Apple, Inc. respectfully requests the Court extend the January 8 filing date to no later than January 15, 2016. I have communicated with plaintiffs' counsel and am advised that plaintiffs do not oppose this request.

Thank you for your consideration of this matter.

Respectfully yours,

**MENTER, RUDIN & TRIVELPIECE, P.C.**

Mitchell J. Katz
mkatz@menterlaw.com

MJK/ead