AO 120 (Rev. 08/10)

**AMENDED**

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court __Northern District of New York__ on the following

☐ Trademarks or  ☒ Patents.  ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>1:13-CV-633 | DATE FILED<br>6/3/2013 | U.S. DISTRICT COURT<br>Northern District of New York |
|---|---|---|
| PLAINTIFF<br>Rensselaer Polytechnic Institute and Dynamic Advances, LLC | | DEFENDANT<br>Apple Inc. |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 7,177,798 B2 | 2/13/2007 | Rensselaer Polytechnic Institute |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |
|---|---|

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| Order issued on 5/2/2016 approving Stipulation of Dismissal of all claims pending in this action on the basis of settlement between the parties. See Dkt. No. 372 attached. |

| CLERK<br>Lawrence K. Baerman | (BY) DEPUTY CLERK<br>Shelly Muller | DATE<br>5/13/2016 |
|---|---|---|

**Copy 1—Upon initiation of action, mail this copy to Director**   **Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director**   **Copy 4—Case file copy**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF NEW YORK
# ALBANY DIVISION

| | |
|---|---|
| **RENSSELAER POLYTECHNIC** § <br> **INSTITUTE AND DYNAMIC** § <br> **ADVANCES, LLC,** § <br> § <br>     **PLAINTIFFS,** § <br> § <br> **V.** § <br> § <br> **APPLE INC.,** § <br> § <br>     **DEFENDANT.** | **CIVIL ACTION NO. 1:13-cv-633** |

## STIPULATION AND ORDER OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs RENSSELAER POLYTECHNIC INSTITUTE and DYNAMIC ADVANCES, LLC and Defendant APPLE INC., hereby stipulate to the dismissal of all claims pending in this action on the basis of a settlement between the parties on the following terms:

IT IS HEREBY STIPULATED AND AGREED that all claims for relief asserted against APPLE INC. by Plaintiffs RENSSELAER POLYTECHNIC INSTITUTE and DYNAMIC ADVANCES, LLC herein shall be dismissed, with prejudice, and all counterclaims for relief against Plaintiffs RENSSELAER POLYTECHNIC INSTITUTE and DYNAMIC ADVANCES, LLC by APPLE INC. shall be dismissed without prejudice; and

IT IS FURTHER STIPULATED AND AGREED that all attorneys' fees, costs of court and expenses shall be borne by each party incurring the same and none of the parties shall be required to pay any costs, attorney fees or other expenses of another party that are associated with the matters settled by this Order of Dismissal.

| | |
|---|---|
| Dated: April 29, 2016 | Respectfully submitted, |
| | **SKIERMONT DERBY LLP** |
| | **FENWICK & WEST LLP** |
| /s/  *Paul J. Skiermont* | |
| Paul J. Skiermont (107001) | |
| Alexander E. Gasser (603023) | |
| Shellie Stephens (107164) | By:  */s/ J. David Hadden* |
| SKIERMONT DERBY LLP | |
| 2200 Ross Avenue, Suite 4800W | J. David Hadden |
| Dallas, Texas 75201 | Carolyn Chang |
| (214) 978-6600 (telephone) | Hector Ribera |
| (214) 978-6601 (facsimile) | Jeffrey A. Ware |
| pskiermont@skiermontderby.com | William A. Moseley, Jr. |
| agasser@skiermontderby.com | 555 California Street, 12th Floor |
| sstephens@skiermontderby.com | San Francisco, CA  94104 |
| | Telephone:    (415) 875-2300 |
| Adam K. Mortara | Fax:             (415) 281-1350 |
| BARTLIT BECK HERMAN | dhadden@fenwick.com |
| PALENCHAR & SCOTT LLP | cchang@fenwick.com |
| 54 W. Hubbard Street, Suite 300 | hribera@fenwick.com |
| Chicago, IL 60654 | jware@fenwick.com |
| (312) 494-4400 (telephone) | wmoseley@fenwick.com |
| (312) 494-4440 (facsimile) | |
| adam.mortara@bartlit-beck.com | MENTER, RUDIN & TRIVELPIECE, P.C. |
| John M. Hughes | |
| Abigail M. Hinchcliff | Mitchell J. Katz |
| BARTLIT BECK HERMAN | 308 Maltbie Street, Suite 200 |
| PALENCHAR & SCOTT LLP | Syracuse, NY  13204-1498 |
| 1899 Wynkoop Street, Suite 800 | Tel:  (315) 474-7541 |
| Denver, CO 80202 | Fax:  (315) 474-4040 |
| (303) 592-3100 (telephone) | mkatz@menterlaw.com |
| (303) 592-3140 (facsimile) | |
| john.hughes@bartlit-beck.com | **Attorneys for Defendant** |
| abigail.hinchcliff@bartlit-beck.com | **APPLE INC.** |
| *Counsel for Plaintiffs* | |
| *Rensselaer Polytechnic Institute and* | |
| *Dynamic Advances, LLC* | |

Nicholas Mesiti (102192)
HESLIN ROTHENBERG FARLEY &
MESITI
5 Columbia Cir.
Albany, New York 12203
(518) 452-5600 (telephone)
(518) 452-5579 (facsimile)
nm@hrfmlaw.com

*Counsel for Plaintiff*
*Rensselaer Polytechnic Institute*

James R. Muldoon (506772)
HARRIS BEACH PLLC
333 W. Washington Street
Suite 200
Syracuse, New York 13202
(315) 423-7100 (telephone)
(315) 422-9331 (facsimile)
jmuldoon@harrisbeach.com

Steven P. Nonkes (517931)
HARRIS BEACH PLLC
99 Garnsey Road
Pittsford, New York 14534
(585) 419-8800 (telephone)
(585) 419-8813 (facsimile)
snonkes@harrisbeach.com

*Counsel for Plaintiff*
*Dynamic Advances, LLC*

SO ORDERED:

Dated:  May 2, 2016

_____
HON. DAVID E. PEEBLES
U.S. Magistrate Judge